IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10546
Conference Calendar
_____


JAMES E. WOODS,

Plaintiff-Appellant,


versus


NAVARRO CTY, TEXAS, Corsicana,

Defendant-Appellee.


- - - - - - - - - -
CONSOLIDATED WITH
No. 96-10825
- - - - - - - - - -


JAMES E. WOODS,

Plaintiff-Appellant,


versus


DALLAS COUNTY JAIL, Nursing Department,

Defendant-Appellee.


- - - - - - - - - -
Appeals from the United States District Court
for the Northern District of Texas
USDC No. 3:95-CV-614-H
USDC No. 3-95-CV-202
- - - - - - - - - -
December 10, 1996
Before WIENER, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

In No. 96-10546, James Woods, #654107, appeals from the district court's dismissal as frivolous pursuant to 28 U.S.C. § 1915(e)(2) (formerly § 1915(d)) of his civil rights complaint. Woods contends that he was wrongfully arrested and forced to plead guilty to forgery and that his probation was revoked as a result. We have reviewed the record and Woods' brief and conclude that his appeal is frivolous because his § 1983 complaint is barred under Heck v. Humphrey, 114 S. Ct. 2364 (1994).

In No. 96-10825, Woods appeals from the district court's dismissal as frivolous of his civil rights complaint against the Dallas County Jail. Woods contends that he received inadequate treatment from a nurse at the Dallas County Jail. We have reviewed the record and Woods' brief and conclude that this appeal also is frivolous because Woods allegations do not rise to the level of deliberate indifference. See Estelle v. Gamble, 429 U.S. 97, 104 (1976).

We caution Woods that any additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions. To avoid sanctions, Woods is further cautioned to review any

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

pending appeals to ensure that they do not raise arguments that are frivolous.

APPEALS DISMISSED; SANCTIONS WARNING ISSUED.